UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-21366-CIV-MORENO**

EMILIO PRIETO and EP NATIONAL ALUMINUM CORP.,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' DEMAND FOR ATTORNEY'S FEES

THIS CAUSE came before the Court upon Defendant's Motion to Strike Plaintiffs' Motion for Attorney's Fees **(D.E. No. 7)**, filed on **April 23, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.

This Court may strike from a pleading "any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Plaintiffs' one count Complaint, originally filed in State Court, seeks monetary relief for unjust enrichment. Plaintiffs have identified no statutory or contractual authority that would allow it to recover attorney's fees. As such, Plaintiffs are not entitled to attorney's fees. *See Euro RSCG Direct Response, LLC v. Green Bullion Fin. Servs.*, 872 F.Supp.2d 1353, 1364 (S.D. Fla. 2012). Indeed, Plaintiffs did not even respond to Defendants' Motion to Strike. The Court thus views this as an admission that Plaintiffs have no basis for attorney's fees. *See Mascaro Aviation,*

*LLC v. Diamond Aircraft Indus, Inc.*, 2011 WL 856805 at *12 (S.D. Fla. Mar. 8, 2011). For these reasons, Defendant's Motion to Strike Plaintiffs' Demand for Attorney's Fees is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of ~~May~~ June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record